# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KENNETH BLAKENEY** | : | **No. 19-632** |

## ORDER

**AND NOW**, this 26th day of June, 2020, upon consideration of Mr. Blakeney's Motion to Dismiss (Doc. No. 25), the Government's response thereto (Doc. No. 29), and following a hearing held on March 11, 2020, it is **ORDERED** that Mr. Blakeney's Motion to Dismiss (Doc. No. 25) is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE