IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH BLAKENEY | : | No. 19-632 |

## ORDER

**AND NOW**, this 4th day of February, 2021, upon consideration of Mr. Blakeney's Motion for Bail (Doc. No. 51), Mr. Blakeney's Supplemental Memorandum in Support (Doc. No. 54), the Government's response (Doc. Nos. 57-58), and following a hearing held on January 20, 2021, it is **ORDERED** that Mr. Blakeney's Motion for Bail (Doc. No. 51) is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE