IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| KENNETH BLAKENEY | : | No. 19-632 |

### ORDER

**AND NOW**, this 29th day of April, 2021, upon consideration of the Government's Motion *In Limine* (Doc. No. 37), and Mr. Blakeney's Response in Opposition (Doc. No. 77) it is **ORDERED** that the Motion (Doc. No. 37) is **GRANTED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE