78IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KENNETH BLAKENEY** | : | **No. 19-632** |

## ORDER

AND NOW, this 3rd day of June, 2021, upon consideration of Kenneth Blakeney's Motion for Reconsideration (Doc. No. 89) and the Government's response to it (Doc. No. 91), it is **ORDERED** that the Motion (Doc. No. 89) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**